

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2015

No. 04-15-00180-CV

**IN RE** Richard Cecil **PETERSON** and Alma Peterson

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

On March 30, 2015, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 1, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-08827, styled *Richard Cecil Peterson and Alma Peterson v. John Lawrence Jimenez, M.D.; Brian Phillip Perry, M.D.; Christopher Ayers Bogaev, M.D., Richard Kurt Newman, M.D.; and Methodist Healthcare System of San Antonio, Ltd., LLP d/b/a Methodist Hospital*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.